

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00525-CV

**IN THE INTEREST OF D.W.H.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-10424
Honorable Richard Price, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellant James D. Halsell.

SIGNED June 10, 2015.

_____
Rebeca C. Martinez, Justice